UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

vs.                                                                  5:15-CR-217 (GTS)

ERIC MARTINEZ,

Defendant.

_____

### RECOMMENDATION

IT IS HEREBY RECOMMENDED, that the above-referenced defendant participate in the High Impact Intervention Program (HIIP) at the Onondaga County Penitentiary, Jamesville, New York.

Dated:  August 7, 2015

_____
Hon. Andrew T. Baxter
U.S. Magistrate Judge

cc:   Ellen Phillips, U.S. Probation Officer
      Carla Freedman, Assistant U.S. Attorney
      Jarrod Smith, Esq.
      U.S. Marshal Service